**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 230 EAL 2014
: 
             Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. : 
: 
: 
: 
KARIEM GLENN, : 
: 
             Petitioner : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.